# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 238953 |
|---|---|
| Trans | 144926 |

Received From: **COPULOS FISHER & ROYLOS**
Case Number:
Reference Number: **CV 07-178SOM**

|  |  |
|---|---|
| Check | 395.00 |
| Total | 395.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV FILING FEE | 086900 | 1 | 60.00 |
| CV FILING FEE | 510000 | 1 | 190.00 |
| CV FILING FEE | 086400 | 1 | 100.00 |
| CERTIFICATION | 322360 | 5 | 25.00 |
| CERTIFICATION | 510000 | 5 | 20.00 |
|  | Total |  | 395.00 |
|  | Tend |  | 395.00 |
|  | Due |  | 0.00 |

03/30/2007 03:22:34 PM          Deputy Clerk: et/LG