ORIGINAL

**COPULOS FISHER & ROYLO**
**A Limited Liability Law Company**

| | |
|---|---|
| WILLIAM COPULOS | 4908-0 |
| DONALD E. FISHER | 6268-0 |
| RYAN W. ROYLO | 6329-0 |

American Savings Bank Tower
1001 Bishop Street, Ste. 1510
Honolulu, Hawaii 96813
Telephone: (808) 536-0500
Facsimile: (808) 536-0021
E-Mail:    rroylo@copuloslaw.com

**GUSTAFSON GLUEK PLLC**

| | |
|---|---|
| DANIEL E. GUSTAFSON | 202241 |
| RENAE D. STEINER | 222392 |
| JASON S. KILENE | 024773X |

650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-Mail:    jkilene@gustafsongluek.com

Attorneys for Plaintiff
FRED I. WAKI, and all others similarly
situated

**CASE SEALED BY COURT ORDER**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 27 2007

at 12 o'clock and 15 min. P M.
SUE BEITIA, CLERK

LODGED

JUL 24 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| FRED I. WAKI, and all others similarly situated,<br><br>Plaintiff,<br><br>vs. | Civil No. CV 07-00178 (SOM/BMK)<br><br>PLAINTIFF'S EX PARTE MOTION FOR FIRST EXTENSION OF TIME FOR SERVICE OF COMPLAINT FILED MARCH 30, 2007; DECLARATION OF RYAN W. |

SERVED
BY ORDER OF THE COURT

-1-

| LG PHILIPS LCD COMPANY, LTD; LG PHILIPS LCD AMERICA, INC.; LG ELECTRONICS, INC.; ROYAL PHILIPS ELECTRONICS NV; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS; CHI MEI OPTOELECTRONICS USA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SANYO EPSON IMAGING DEVICES CORPORATION; NEC CORPORATION; NEC LCD TECHNOLOGIES, LTD.; IDT INTERNATIONAL LTD.; INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; and HANNSTAR DISPLAY CORPORATION,<br><br>Defendants. | ROYLO; ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR FIRST EXTENSION OF TIME FOR SERVICE OF COMPLAINT FILED MARCH 30, 2007 |
|---|---|

## PLAINTIFF'S EX PARTE MOTION FOR FIRST EXTENSION OF TIME FOR SERVICE OF COMPLAINT FILED MARCH 30, 2007

Comes now Plaintiff FRED I. WAKI, moves this Court, *ex parte*, for an order granting Plaintiff an extension of time from July 27, 2007, up to and including November 24, 2007, within which to serve the Complaint upon the above-named Defendants.

This motion is made pursuant to Rules 4(m) and 6(b) of the Federal Rules of Civil Procedure, Local Rule 6.2, and is supported by the attached declaration and the pleadings and files herein.

DATED:  Honolulu, Hawaii, July 24, 2007.

WILLIAM COPULOS
RYAN W. ROYLO
DONALD E. FISHER

Attorneys for Plaintiff
FRED I. WAKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| FRED I. WAKI, and all others similarly situated,<br><br>               Plaintiff,<br><br>     vs.<br><br>LG PHILIPS LCD COMPANY, LTD; LG PHILIPS LCD AMERICA, INC.; LG ELECTRONICS, INC.; ROYAL PHILIPS ELECTRONICS NV; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS; CHI MEI OPTOELECTRONICS USA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SANYO EPSON IMAGING DEVICES CORPORATION; NEC CORPORATION; NEC LCD TECHNOLOGIES, LTD.; IDT INTERNATIONAL LTD.; INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; and HANNSTAR DISPLAY | Civil No. CV 07-00178 (SOM/BMK)<br><br>DECLARATION OF RYAN W. ROYLO |

| CORPORATION, |  |
| Defendants. |  |

## DECLARATION OF RYAN W. ROYLO

I, RYAN W. ROYLO, declare:

1.    That he is an attorney duly licensed to practice before the courts in the State of Hawaii, is the attorney for Plaintiff in the above-entitled action, is personally familiar with the facts of the case herein, and is competent to testify to the matters set forth herein.

2.    The Complaint in the above-entitled matter was filed on March 30, 2007.

3.    Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure ("FRCP"), the service of Complaint upon Defendant must be effectuated within 120 days, or on or before July 27, 2007.

4.    Since the filing of the Complaint on March 30, 2007, I have been informed that numerous similar class action lawsuits have been filed in several federal courts around the country. It is my understanding that certain mainland law firms are seeking to consolidate all class action lawsuits involving the same issues and defendants in a single circuit/court.

5.    The mainland law firms may require additional time to complete the consolidation of the various class action lawsuits.

6.    In addition, the current status of the Complaint is that it is still under seal and our office will need to make efforts to unseal the Complaint.

7.    Plaintiff requests a four-month extension from July 27, 2007, up to and including November 24, 2007, within which to serve the Complaint and Summons upon Defendants.

I, RYAN W. ROYLO, declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  Honolulu, Hawaii, July 24, 2007.


RYAN W. ROYLO

-3-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| FRED I. WAKI, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LG PHILIPS LCD COMPANY, LTD; LG PHILIPS LCD AMERICA, INC.; LG ELECTRONICS, INC.; ROYAL PHILIPS ELECTRONICS NV; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS; CHI MEI OPTOELECTRONICS USA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SANYO EPSON IMAGING DEVICES CORPORATION; NEC CORPORATION; NEC LCD TECHNOLOGIES, LTD.; IDT INTERNATIONAL LTD.; INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; and HANNSTAR DISPLAY | Civil No. CV 07-00178 (SOM/BMK)<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR FIRST EXTENSION OF TIME FOR SERVICE OF COMPLAINT FILED MARCH 30, 2007 |

| CORPORATION, <br><br> Defendants. | |

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR FIRST EXTENSION OF TIME FOR SERVICE OF COMPLAINT FILED MARCH 30, 2007

Upon review of Plaintiff's Ex Parte Motion for First Extension of Time for Service of Complaint Filed March 30, 2007 and the Declaration of Ryan W. Roylo attached hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion for First Extension of Time for Service of Complaint Filed March 30, 2007 is granted, and Plaintiff shall have an extension of time from July 27, 2007, up to and including November 24, 2007, within which to serve the Complaint and Summons upon Defendants.

DATED:  Honolulu, Hawaii, _____ JUL 27 2007 _____ .

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

---

*FRED I. WAKI vs. LG PHILIPS LCD COMPANY, LTD.*, CIVIL NO. CV 07-00178 (SOM/BMK); ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR FIRST EXTENSION OF TIME FOR SERVICE OF COMPLAINT FILED MARCH 30, 2007