*CORRESPONDENCE*

LINDA LINGLE
GOVERNOR



MARK J. BENNETT
ATTORNEY GENERAL

LISA M. GINOZA
FIRST DEPUTY ATTTORNEY GENERAL

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
**COMMERCE AND ECONOMIC DEVELOPMENT DIVISION**
425 QUEEN STREET
HONOLULU, HAWAII 96813
*(808) 586-1180*
*Fax – (808) 586-1205*

November 2, 2007

The Honorable Susan Oki Mollway
District Judge, State of Hawaii
United States District Court
300 Ala Moana Boulevard, Suite C-338
Honolulu, Hawaii 96850

Dear Judge Mollway:

Re:    Waki vs. LG Phillips LCD Company, Ltd., et al.
       Civil No. CV07-00178 (SOM/BMK)

On November 1, 2007, this office received a copy of "Plaintiff's Ex Parte Motion to Unseal the Complaint Filed March 30, 2007; Memorandum in Support; Declaration of Ryan W. Roylo; Order Granting Plaintiff's Ex Parte Motion to Unseal the Complaint Filed March 30, 2007; Exhibit '1'; Certificate of Service." The motion included a copy of a letter sent by the undersigned to Ryan Roylo, Esq. dated May 18, 2007. See exhibit A.

The supporting memorandum noted on page 3 that ". . . it did not appear that the Department of the Attorney General, State of Hawaii informed the court of its inclination" to not proceed with the action or file its own action.

Through oversight, neither the letter to Mr. Roylo nor other notice was provided to the Court. I apologize for the oversight and any inconvenience caused to the Court and to Mr. Roylo.

Very truly yours,

Rodney I. Kimura
Deputy Attorney General

c:  Ryan Roylo, Esq.

259574_1.DOC