**COPULOS FISHER & ROYLO**
A Limited Liability Law Company

DONALD E. FISHER      6268-0
RYAN W. ROYLO        6329-0
American Savings Bank Tower
1001 Bishop Street, Ste. 1510
Honolulu, Hawaii 96813
Telephone: (808) 536-0500
E-Mail:     roylo@copuloslaw.com

**GUSTAFSON GLUEK PLLC**

DAVID E. GUSTAFSON    202241
RENAE D. STEINER       222392
JASON S. KILENE        024773X
650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
Telephone:  (612) 333-8844
Facsimile:   (612) 339-6622
E-Mail:     jkilene@gustafsongluek.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| FRED I. WAKI, and all others similarly situated,<br><br>              Plaintiff,<br><br>    vs.<br><br>LG PHILIPS LCD COMPANY, LTD;<br>LG PHILIPS LCD AMERICA, INC.;<br>LG ELECTRONICS, INC.; ROYAL<br>PHILIPS ELECTRONICS NV;<br>SAMSUNG ELECTRONICS CO.,<br>LTD.; SAMSUNG | Civil No. CV 07-00178 (SOM/BMK)<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR SECOND EXTENSION OF TIME FOR SERVICE OF COMPLAINT FILED MARCH 30, 2007 |

| | |
|---|---|
| SEMICONDUCTOR, INC.; AU OPTRONICS CORPORATION AMERICA; CHI MEI OPTOELECTRONICS; CHI MEI OPTOELECTRONICS USA, INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SANYO EPSON IMAGING DEVICES CORPORATION; NEC CORPORATION; NEC LCD TECHNOLOGIES, LTD.; IDT INTERNATIONAL LTD.; INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; and HANNSTAR DISPLAY CORPORATION,<br><br>          Defendants. | |

**ORDER GRANTING PLAINTIFF'S EX PARTE
MOTION FOR SECOND EXTENSION OF TIME FOR
<u>SERVICE OF COMPLAINT FILED MARCH 30, 2007</u>**

Upon review of Plaintiff's Ex Parte Motion for Second Extension of

Time for Service of Complaint Filed March 30, 2007 and the Declaration of Ryan

W. Roylo attached hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion for

Second Extension of Time for Service of Complaint Filed March 30, 2007 is

2

granted, and Plaintiff shall have an extension of time from November 24, 2007, up to and including March 23, 2008, within which to transfer this matter to the United States District Court, Northern District of California and serve the Complaint and Summons upon Defendants.

        IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated:  November 9, 2007

*FRED I. WAKI vs. LG PHILIPS LCD COMPANY, LTD.*, CIVIL NO. CV 07-00178 (SOM/BMK); ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR SECOND EXTENSION OF TIME FOR SERVICE OF COMPLAINT FILED MARCH 30, 2007