# U.S. District Court
## District of Hawaii (Hawaii)
### CIVIL DOCKET FOR CASE #: 1:07–cv–00178–SOM–BMK

| | |
|---|---|
| Waki v. LG Philips LCD Company, Ltd. et al | Date Filed: 03/30/2007 |
| Assigned to: JUDGE SUSAN OKI MOLLWAY | Date Terminated: 06/10/2008 |
| Referred to: Judge BARRY M. KURREN | Jury Demand: Plaintiff |
| Cause: 28:1337 Sherman–Clayton Act | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Fred I. Waki**　　　　　　　　　　　represented by　**Donald Edward Fisher**
*and all others similarly situated*　　　　　　　　　　　　　Copulos Fisher &Roylo, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　American Savings Bank Tower
　　　　　　　　　　　　　　　　　　　　　　　　　　　1001 Bishop St Ste 1510
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honolulu, HI 96813
　　　　　　　　　　　　　　　　　　　　　　　　　　　536–0500
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 536–0021
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: dfisher@copuloslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Ryan W. Roylo**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Copulos Fisher &Roylo, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　American Savings Bank Tower
　　　　　　　　　　　　　　　　　　　　　　　　　　　1001 Bishop St Ste 1510
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honolulu, HI 96813
　　　　　　　　　　　　　　　　　　　　　　　　　　　536–0500
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 536–0021
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: rwroylo@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**William Copulos**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Copulos Fisher &Roylo, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　American Savings Bank Tower
　　　　　　　　　　　　　　　　　　　　　　　　　　　1001 Bishop St Ste 1510
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honolulu, HI 96813
　　　　　　　　　　　　　　　　　　　　　　　　　　　536–0500
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 536–0021
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: wcopulos@copuloslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Company, Ltd.**

**Defendant**

**LG Philips LCD America, Inc.**

**Defendant**

**LG Electronics, Inc.**

**Defendant**

**Royal Philips Electronics NV**

**Defendant**

**Samsung Semiconductor, Inc.**

**Defendant**

**Au Optronics Corporation America**

**Defendant**

**Chi Mei Optoelectronics**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Matsushita Display Technology Co., Ltd.**

**Defendant**

**Hitachi, Ltd.**

**Defendant**

**Hitachi Displays, Ltd.**

**Defendant**

**Hitachi America, Ltd.**

**Defendant**

**Hitachi Electronic Devices (USA), Inc.**

**Defendant**

**Sanyo Epson Imaging Devices Corporation**

**Defendant**

**NEC Corporation**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**IDT International Ltd**

**Defendant**

**International Display Technology USA, Inc.**

**Defendant**

**Chunghwa Picture Tubes, Ltd.**

**Defendant**

**Hannstar Display Corporation**

**Defendant**

**Samsung Electronics Co., Ltd.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2007 | Ï 1 | CLASS ACTION COMPLAINT against all defendants (Filing fee $ 350.) – filed by Fred I. Waki. (SEALED) (Attachments: # 1 Demand for Jury Trial# 2 Summons)(emt, ) (Entered: 04/02/2007) |
| 03/30/2007 | Ï 2 | Order Setting Rule 16 Scheduling Conference for 09:00AM on 6/25/2007 before JUDGE BARRY M. KURREN – Signed by Judge HELEN GILLMOR on 3/30/07. (emt, ) (Entered: 04/02/2007) |
| 03/30/2007 | Ï 3 | Filing fee: $ 350, receipt number 238953 (emt, ) (Entered: 04/02/2007) |
| 04/04/2007 | Ï 4 | Plaintiff's EX PARTE MOTION for Leave to File 1 Complaint Under Seal; ORDER – Signed by Judge SUSAN OKI MOLLWAY on 4/3/07. [The complaint shall remain sealed for 60 days following service upon the State of Hawaii Attorney General. Unless an extension is granted, the complaint shall thereafter be unsealed.] (Attachments: # 1 Memorandum in Support# 2 Declaration of Ryan W. Roylo# 3 Order Granting Plaintiff's Ex Parte Motion for Leave to File Complaint Under Seal)(emt, ) (Entered: 04/04/2007) |
| 06/05/2007 | Ï 5 | EO: Rule 16 Scheduling Conference is continued from 6/25/2007 to 09:00AM on 8/27/2007 before JUDGE BARRY M. KURREN. Scheduling Conference Statements due 8/20/2007. Joy from Ryan Roylo's office to notify parties. (Judge BARRY M. KURREN)(rwy) (Entered: 06/05/2007) |

| | | |
|---|---|---|
| 07/27/2007 | Ï 6 | Plaintiff's EX PARTE MOTION for First Extension of Time for Service of Complaint filed March 30, 2007 and ORDER 1 – Signed by Judge BARRY M. KURREN on 7/27/07. [Plaintiff shall have an extension of time from July 27, 2007, up to and including November 24, 2007, within which to serve the Complaint and Summons upon Defendants.] (Attachments: # 1 Declaration of Ryan W. Roylo# 2 Order Granting Plaintiff's Ex Parte Motion for First Extension of Time for Service of Complaint filed March 30, 2007)(emt, ) (Entered: 07/27/2007) |
| 08/09/2007 | Ï 7 | EO: Rule 16 Scheduling Conference is continued from 8/27/2007 to 9:00AM on 1/28/2008 before JUDGE BARRY M. KURREN. Ryan Roylo to notify parties. (Judge BARRY M. KURREN)(rwy) (Entered: 08/09/2007) |
| 10/31/2007 | Ï 8 | Plaintiff's EX PARTE MOTION TO UNSEAL THE COMPLAINT FILED MARCH 30, 2007 AND ORDER 1 – Signed by Judge SUSAN OKI MOLLWAY on 10/31/07. (Attachments: # 1 Memorandum in Support of Plaintiff's Ex Parte Motion to Unseal the Complaint filed March 30, 2007# 2 Declaration of Ryan W. Roylo# 3 Order Granting Plaintiff's Ex Parte Motion to Unseal the Complaint filed March 30, 2007# 4 Exhibit A (listed as Exhibit 1 in caption)# 5 Certificate of Service)(emt, ) (Entered: 11/01/2007) |
| 11/06/2007 | Ï 9 | Letter addressed to Judge Susan Oki Mollway from Rodney I. Kimura, Deputy Attorney General, dated November 2, 2007. (emt, ) (Entered: 11/06/2007) |
| 11/08/2007 | Ï 10 | Ex Parte MOTION to Continue *(Second Extension) of Time for Service of Complaint filed March 30, 2007* by Fred I. Waki. (Attachments: # 1 Declaration of Ryan W. Roylo# 2 Exhibit 1)(Roylo, Ryan) (Entered: 11/08/2007) |
| 11/19/2007 | Ï 11 | ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR SECOND EXTENSION OF TIME FOR SERVICE OF COMPLAINT FILED MARCH 30, 2007 10 – Signed by Judge BARRY M. KURREN on 11/9/07. [Plaintiff shall have an extension of time from November 24, 2007, up to and including March 23, 2008, within which to transfer this matter to the United States District Court, Northern District of California and serve the Complaint and Summons upon Defendants.] (emt, ) (Entered: 11/19/2007) |
| 01/16/2008 | Ï 12 | EO: Rule 16 Scheduling Conference is continued from 1/28/2008 to 09:00 AM on 3/3/2008 before BARRY M. KURREN. (Judge BARRY M. KURREN)(rwy) (Entered: 01/16/2008) |
| 01/16/2008 | Ï | COURT'S CERTIFICATE of Service – a copy of 12 Set Deadlines/Hearings has been served on 1/16/2008. Registered Participants of CM/ECF received the document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). (rwy) (Entered: 01/16/2008) |
| 02/25/2008 | Ï 13 | NOTICE by Fred I. Waki *(Notice of Multidistrict Consolidation Pursuant 28 U.S.C. Section 1407 and Request to Maintain Stay)* Fred I. Waki. (Attachments: # 1 Exhibit Transfer Order, # 2 Exhibit Notice of Potential Tag−Along Action)(Roylo, Ryan) Modified docketing event type to motion to stay on 2/27/2008 (emt, ). (Entered: 02/25/2008) |
| 02/28/2008 | Ï 14 | EO: 13 MOTION to Stay filed by Fred I. Waki is hereby Granted. Plaintiff shall have until 6/8/08 to transfer this matter to the United States District Court, Northern District of California and serve the Complaint and Summons upon Defendants. Rule 16 Scheduling Conference continued from 3/3/08 to 6/2/08 at 09:00AM before Magistrate Judge BARRY M. KURREN. (Judge BARRY M. KURREN)(rwy) (Entered: 02/28/2008) |
| 02/28/2008 | Ï | COURT'S CERTIFICATE of Service – a copy of 14 Terminate Motions, Set |

| | | |
|---|---|---|
| | | Deadlines/Hearings has been served upon all counsel of record on 2/28/08 who, as Registered Participants of CM/ECF received the document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). (rwy) (Entered: 02/28/2008) |
| 03/21/2008 | Ï 15 | Correspondence from JPML – UNCERTIFIED copy of conditional transfer order. (afc) Modified on 4/2/2008 (emt, ). (Entered: 04/01/2008) |
| 05/28/2008 | Ï 16 | EO: Rule 16 Scheduling Conference is continued from 6/2/2008 to 09:00AM on 7/14/2008 before Judge BARRY M. KURREN. Waiting for certified copy of the transfer order from N/D CA. (Judge BARRY M. KURREN)(rwy) (Entered: 05/28/2008) |
| 05/28/2008 | Ï | COURT'S CERTIFICATE of Service – a copy of 16 Set Deadlines/Hearings has been served on 5/28/2008. Registered Participants of CM/ECF received the document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). (rwy) (Entered: 05/28/2008) |
| 06/09/2008 | Ï 17 | CERTIFIED COPY: MDL Docket No. 1827 CONDITIONAL TRANSFER ORDER (CTO−4) – this action is transferred under 28 U.S.C. § 1407 to the Northern District of California and assigned to the Honorable Susan Yvonne Illston. (afc) (Entered: 06/09/2008) |
| 06/10/2008 | Ï | MDL Case transfer/transmittal of documents − This case (case documents, case docket) has been transferred to the Northern District of California by means of the e−transfer function of CM/ECF. (afc) (Entered: 06/10/2008) |
| 06/10/2008 | Ï | COURT'S CERTIFICATE of Service – a copy of 17 , the MDL Conditional Transfer Order (CTO−4) ("CTO"), and Notice of the electronic transfer of the case documents and case docket, has been served upon all counsel of record who, as Registered Participants of CM/ECF, received the document and notice electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). A copy of the CTO served electronically via NEF: Chambers of Judge Susan Oki Mollway, Chambers of U.S. Magistrate Judge Barry M. Kurren, Court Room Managers Toni Fujinaga and Richlyn Young. (afc) (Entered: 06/10/2008) |